**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THOMAS COPE,
an individual,

       Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
a foreign limited liability company,
OCWEN FINANCIAL CORPORATION,
a Florida for-profit corporation, and
ALTISOURCE SOLUTIONS, INC.,
a foreign for-profit corporation,

       Defendants.
_____/

Case No.: 8:14-cv-110-EAK-TBM

**JOINT STIPULATION FOR**
**DISMISSAL WITHOUT PREJUDICE**

    **COME NOW**, Plaintiff, Thomas Cope (hereinafter, "Plaintiff"), and Defendants, Ocwen Loan Servicing, LLC, Ocwen Financial Corporation, and Altisource Solutions, Inc. (hereinafter collectively, "Defendants"), by and through the undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and hereby file this *Joint Stipulation for Dismissal without Prejudice*. In support thereof, Plaintiff states as follows:

    1.    After conference among counsel for Plaintiff and Defendants (hereinafter collectively, "Parties"), Parties have agreed that it is appropriate to dismiss Plaintiff's claims in their entirety.

    2.    Plaintiff's claims are being dismissed without prejudice.

3. The Parties agree that the Parties shall bear their own attorney's fees and costs.

DATED this 6th day of May 2014.

Respectfully submitted,

| | |
|---|---|
| **LEAVENGOOD, DAUVAL & BOYLE, P.A.** | **BAKER, DONELSON, BEARMAN, CALDWELL, BERKOWITZ, PC** |
| /s/ *Aaron M. Swift* | /s/ *A. Renee Decker* |
| **Ian R. Leavengood, Esq., FBN10167** | **A. Renee Decker, Esq., FBN 60384** |
| **Aaron M. Swift, Esq., FBN 93088** | 100 Southeast Third Avenue, Suite 2626 |
| Northeast Professional Center | Ft. Lauderdale, FL 33394 |
| 3900 First Street North, Suite 100 | Phone: (954) 768-1600 |
| St. Petersburg, FL 33703 | Fax: (954) 867-1326 |
| Phone: (727) 327-3328 | rdecker@bakerdonelson.com |
| Fax: (727) 327-3305 | *Attorneys for Defendants* |
| ileavengood@leavenlaw.com | |
| aswift@leavenlaw.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Joint Stipulation for Dismissal without Prejudice* has been furnished electronically this 8th day of May 2014 to:

Ms. A. Renee Decker, Esq.
100 Southeast Third Avenue, Suite 2626
Ft. Lauderdale, FL 33394
rdecker@bakerdonelson.com
*Attorneys for Defendants*

/s/ *Aaron M. Swift*
Attorney